UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| FRANCIS MCVETTY, JANE DOE, individually and on behalf of all others similarly situated, | Case No. 7:19-CV-4908 (NSR) (LMS) |
| Plaintiffs, | |
| v. | |
| TOMTOM NORTH AMERICA, INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### PROPOSED ORDER GRANTING WITHDRAWAL OF APPERANCE OF JACQLYN R. ROVINE

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed affidavit, Jacqlyn R. Rovine, of Baker & Hostetler LLP, is hereby withdrawn as counsel for Defendant TomTom North America, Inc.

SO ORDERED

_____
U.S.D.J.

Dated: June 22, 2020
White Plains, NY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2020
```