UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANCIS MCVETTY, JANE DOE,
individually and on behalf of all others
similarly situated,

      Plaintiffs,

  v.

TOMTOM NORTH AMERICA, INC.,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 7:19-CV-4908 (NSR) (LMS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/11/2022
```

## ORDER GRANTING WITHDRAWAL OF APPERANCE OF MICHAEL E. ANDERSON

Under Local Civil Rule 1.4, and upon consideration of his annexed declaration, the Court hereby GRANTS the withdrawal of Michael E. Anderson, of Baker & Hostetler LLP, as counsel for Defendant TomTom North America, Inc.

SO ORDERED:

_[signature]_

_____
NELSON S. ROMÁN
United States District Judge

Dated: January 11, 2022
    White Plains, NY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| FRANCIS MCVETTY, JANE DOE, individually and on behalf of all others similarly situated, | Case No. 7:19-CV-4908 (NSR) (LMS) |
| Plaintiffs, | |
| v. | **DECLARATION OF MICHAEL E. ANDERSON** |
| TOMTOM NORTH AMERICA, INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, Michael E. Anderson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a former partner with the law firm of Baker & Hostetler LLP, attorneys for Defendant TomTom North America, Inc. in this case. I am admitted to practice in this Court *pro hac vice* and respectfully submit this Affidavit in support of the Proposed Order Granting Withdrawal of Appearance of Michael E. Anderson.

2. TomTom has been informed of Mr. Anderson's departure, and does not oppose the withdrawal.

3. On May 25, 2019, Plaintiff Francis McVetty commenced this action. (ECF No. 1.) On September 16, 2021, Defendant moved to dismiss the Amended Complaint. (ECF Nos. 30-31.) The Motion is fully briefed and pending decision by the Court. (ECF Nos. 32-34.)

4. Defendant's counsel Erica Barrow and Amy R. Mudge will continue to represent Defendant in this case. (ECF Nos. 22 and 12.) I am no longer representing Defendant in this action.

5. I am not asserting a retaining or charging lien in this action.

Executed in Washington, DC on December 17, 2021.

Respectfully submitted,

_____
BAKER HOSTETLER LLP
Michael E. Anderson (admitted *pro hac vice*)