**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANCIS MCVETTY, individually and on
behalf of all others similarly situated,

                            Plaintiff,

      -against-                                                  19 **CIVIL** 4908 (NSR)

                                                                                   **<u>JUDGMENT</u>**

TOMTOM NORTH AMERICA, INC.,

                            Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 15, 2022, Defendant's motion to dismiss is GRANTED and Plaintiff's Amended Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        July 18, 2022

                                                                          **RUBY J. KRAJICK**

                                                                                   **Clerk of Court**
                                                    **BY:**     *K. Mango*
                                                                                   **Deputy Clerk**